**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-04-337 |
| | § | C.A. No. C-07-400 |
| JOSE ALFREDO CASTRO-GONZALEZ, | § | |
|     Defendant/Movant. | § | |

**ORDER FOR RESPONDENT TO ANSWER
AND ORDER ALLOWING MOVANT TO REPLY**

On October 15, 2007, the Clerk received Movant Jose Alfredo Castro-Gonzalez's ("Castro-Gonzalez") motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.  It is now ORDERED that the United States answer the § 2255 motion not later than sixty days after the entry of this Order.  As part of its answer, the United States shall address whether or not Castro-Gonzalez's motion is timely and shall address his arguments in support of finding the motion timely.  (See D.E. 34 at 12.)

It is further ORDERED that the United States provide, at the time of its answer, transcripts of all pertinent proceedings that are not already part of the record.  Relevant affidavits, if any, are also to be filed with the answer.

Pursuant to Rule 5(d) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS (2007), Castro-Gonzalez may file a reply not later than thirty days after service of the government's answer.

ORDERED this 19th day of October, 2007.

_____
Janis Graham Jack
United States District Judge