**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-04-337 |
| | § | C.A. No. C-07-400 |
| JOSE A. CASTRO-GONZALEZ, | § | |
|    Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jose A. Castro-Gonzalez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 4th day of March, 2008.

_____
Janis Graham Jack
United States District Judge